IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION
FILED
JUN 03 2019
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| BARBARA WILLIAMS, | CV 18–45–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| McLANE COMPANY, INC., and JOHN DOES I–X, | |
| Defendants. | |

The Parties having filed a Stipulation of Dismissal (Doc. 16) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that specifies that this action be dismissed with prejudice,

IT IS ORDERED that this action be DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each bearing that party's own attorney's fees and costs.

IT IS FURTHER ORDERED that the Clerk of Court shall close this case.

DATED this 3rd day of June, 2019.

Dana L. Christensen, Chief Judge
United States District Court

-1-